UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  vs. )<br>2006 HONDA RIDGELINE RTS, )<br>WASHINGTON LICENSE )<br>NUMBER: B82957C, VIN: )<br>2HJYK164X6H573694; )<br>TWO HIGH DEFINITION )<br>TELEVISIONS; and, )<br>MISCELLANEOUS MUSICAL )<br>EQUIPMENT, )<br>    Defendants. ) | CV-08-266-LRS<br><br>Final Order of Forfeiture |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture In Rem on August 27, 2008, alleging that the defendant property was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being sought for forfeiture is listed as follows:

- 2006 Honda Ridgeline, Washington License Number: B82957C, VIN:2HJYK164X6H573694;

- One Vizio 20" LCD HDTV, Serial No. BJLSAAAAG5127606;

- One LG 42" Plasma HDTV, Serial No. 607RMXX181554; and,

- Miscellaneous musical equipment, more fully described in Attachment "A", of the Verified Complaint for Forfeiture In Rem, filed herein.

Final Order of Forfeiture -1-
P81117dm.jkc.wpd

Beginning on September 30, 2008, the Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. At the latest, the claim period expired on November 29, 2008.

On November 3, 2008, Luis Farias filed a Claim to the Defendant real property, and an Answer to the complaint.

In a Settlement Agreement and Stipulation for Order of Forfeiture, filed on December 8, 2008, the United States and Claimant, Luis Farias, agreed that the United States would return the Vizio 20" LCD HDTV, Serial No. BJLSAAAAG4127606; and the miscellaneous musical equipment, to Claimant Luis Farias. The United States and Claimant, Luis Farias, also agreed that Claimant would forfeit the 2006 Honda Ridgeline, Washington License Number: B82957C, VIN:2HJYK164X6H573694, and the LG 42" Plasma HDTV, Serial No. 607RMXX181554, to the United States.

Claimant, Luis Farias also stipulated to the entry of an order of forfeiture forfeiting the 2006 Honda Ridgeline and the LG 42" Plasma HDTV, to the United States of America, without further notice or hearing.

On December 10, 2008, a Notice of Compliance was filed, which indicates that the United States Marshals Service returned the Vizio 20" LCD HDTV, Serial No. BJLSAAAAG4127606; and the miscellaneous musical equipment, to Claimant, Luis Farias.

There are no other claims filed to the Defendant property.

It appearing to the Court that the United States and Claimant Luis Farias agreed, in the settlement agreement and stipulation filed herein, to the return of the Vizio 20" LCD HDTV, and the miscellaneous musical equipment to Claimant; and to the forfeiture of the 2006 Honda Ridgeline, and the LG 42" Plasma HDTV, to the United States;

It appearing to the Court that the Vizio 20" LCD HDTV and the miscellaneous musical equipment has been returned to Claimant, Luis Farias, in accordance with the settlement agreement and stipulation filed herein.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the 2006 Honda Ridgeline, Washington License Number: B82957C, VIN:2HJYK164X6H573694, and the LG 42" Plasma HDTV, Serial No. 607RMXX181554, are hereby forfeited to the United States, pursuant to the settlement agreement and stipulation filed herein;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property, in accordance with law.

DATED this 11th day of December, 2008.

s/Lonny R. Suko

Lonny R. Suko
United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball

Final Order of Forfeiture -3-
P81117dm.jkc.wpd